IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

RANDY R. JEFFERSON,

    Petitioner,                          JUDGMENT IN A CIVIL CASE

v.                                 Case No. 14-cv-70-bbc

UNITED STATES OF AMERICA,

    Respondent.

    This action came before the court for consideration with District Judge Barbara B. Crabb presiding.  The issues have been considered and a decision has been rendered.

    IT IS ORDERED AND ADJUDGED that judgment is entered denying petitioner Randy R. Jefferson's motion for post conviction relief under 28 U.S.C. § 2255.

| s/ R.Plender, Deputy Clerk | 2/5/2014 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |