IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

                                         ORDER

             Plaintiff,

                                   14-cv-70-bbc
                                   07-cr-108-bbc

        v.

RANDY JEFFERSON,

             Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

On February 4, 2014, I denied defendant Randy Jefferson's motion for post conviction relief under 28 U.S.C. § 2255 as untimely.  In the same order I denied the issuance of certificate of appealability under 28 U.S.C. § 2253(c) and Rule 11 of the Rules Governing Section 2255 Cases in the United States District Courts.

Thereafter, defendant filed a motion for a certificate of appealability with the court of appeals.  The court of appeals forwarded the motion to this court for processing as a notice of appeal so that the court of appeals could then consider defendant's motion for a certificate of appealability.

According to 28 U.S.C. § 1915(a), a defendant who is found eligible for court-

1

appointed counsel in the district court proceedings may proceed on appeal in forma pauperis without further authorization "unless the district court shall certify that the appeal is not taken in good faith or shall find that the party is otherwise not entitled so to proceed." Defendant had appointed counsel during the criminal proceedings against him and I do not intend to certify that the appeal is not taken in good faith.  Defendant's challenge to his sentence is not wholly frivolous.  A reasonable person could suppose that it has some merit. Lee v. Clinton, 209 F.3d 1025, 1026 (7th Cir. 2000).


ORDER

Defendant Randy Jefferson's motion to proceed in forma pauperis on appeal is GRANTED.  A copy of this order will be forwarded to the court of appeals so that it can address the appeal of the denial of the certificate of appealability.


Entered this 10th day of March, 2014.

BY THE COURT:
/s/
BARBARA B. CRABB
District Judge